[No. 7793–7–I.  Division One.  October 20, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL C. TAMBURELLI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. J–88087, George H. Revelle, J., entered June

28, 1979. *Dismissed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.